428 A.2d 253

Kocienda et ux. v. Pate Construction Inc., Appellant.

Sub-mitted March 21, 1980. John P. Lawler, for appellant; Randolph T. Borden, for appellees.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Although we find no merit to this appeal, nevertheless, the appeal is quashed for the reason that no valid judgment has been entered and hence the appeal is premature.